UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:
EDUARDO R. AFRICANO                              Case No.: 14-31858-RBR
                                                 Chapter 7

         Debtor(s).
_____/

### MOTION TO CONVERT CASE FROM CHAPTER 7 TO A CASE UNDER CHAPTER 13 UNDER 11 U.S.C. 706(a)

**Any interested party who fails to file and serve a written response to this motion within 21 days after the date of service stated in this motion shall, pursuant to Local Rule 9013-1(D), be deemed to have consented to the entry of an order in the form attached to this motion. Any scheduled hearing may then be cancelled.**

The Debtor(s), EDUARDO R. AFRICANO, by and through the undersigned counsel, move this court to allow the debtor(s) to convert this case to Chapter 13 and in support states as follows:

1. The above-styled case was filed as a Chapter 7 on September 30, 2013.

2. The Debtor(s) qualifies as a Debtor(s) under Chapter 13 of Title 11.

3. Local Rule 9013-1 (D) permits the conversion from a Chapter 7 case to a Chapter 13 case without a court hearing.

4. The Debtor was unemployed on the date the case was filed and is in the process of accepting employment which will allow him to repay his creditors through a chapter 13 plan. In addition, prior to the case filing, the Debtor withdrew funds to pay bills from an exempt retirement account and deposited those funds into a checking account with Wells Fargo Bank N.A. The funds were subsequently frozen by Wells Fargo upon filing of the bankruptcy case. The Debtor was unaware that this would happen and believed that the funds would be protected.

WHEREFORE, the Debtor(s) pray that this court grant the relief requested based on the aforementioned grounds and allow the debtor(s) to convert this Chapter 7 case to a case under Chapter 13 of Title 11 U.S.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Convert Chapter 7 Case to Chapter 13, has been sent by via CM/ECF on

November 3, 2014 to:

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Kenneth A Welt
fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz

Via US Mail:
All parties on the attached court mailing matrix.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1 (A).

*Law Offices of*
**NOWACK & OLSON, PLLC**
Attorney for Debtor(s)
8551 Sunrise Blvd., Suite 208
Plantation, FL 33322
**(954) 349-2265**

/s/ Christian J. Olson
**CHRISTIAN J. OLSON, ESQ.**
Florida Bar Number: 121436