UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                                                  Case No. 14-24390-RBR
                                                                                                          Chapter 7
ALI REZA ZARGARAN,

    Debtor.
_____/

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Order Granting Trustee's Motion for Approval of Settlement with Debtor and Related Parties* [ECF No. 36] was served on December 18, 2014, via the Court's Notice of Electronic Filing upon the Registered Users listed on the attached Exhibit 1; was served on December 22, 2014, via U.S. Mail upon the parties listed on the attached Exhibit 2.

    Dated: December 22, 2014.

                                                                      s/ Lawrence E. Pecan, III
                                                                      Lawrence E. Pecan, III, Esquire
                                                                       Florida Bar No. 99086
                                                                       lpecan@melandrussin.com
                                                                       MELAND RUSSIN & BUDWICK, P.A.
                                                                       3200 Southeast Financial Center
                                                                       200 South Biscayne Boulevard
                                                                       Miami, Florida  33131
                                                                       Telephone: (305) 358-6363
                                                                       Telecopy: (305) 358-1221

                                                                       *Attorneys for the Trustee*

```
MIME-Version:1.0
From:FLSB_ECF_Notification@FLSB.USCOURTS.GOV
To:Courtmail@localhost.localdomain
Bcc: USTPRegion21.MM.ECF@usdoj.gov, ecf@nowackolson.com, fl10@ecfcbis.com, pacerfilings@gmail.com, kaw@trustesolutions.net, court@trusteeser
Do not notice for BK case:

Message-Id:<34811504@FLSB.USCOURTS.GOV>
Subject:14-31858-RBR Order on Motion to Compromise Controversy
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

**U.S. Bankruptcy Court**

**Southern District of Florida**

Notice of Electronic Filing

The following transaction was received from Harper, Susan entered on 12/18/2014 at 3:41 PM EST and filed on 12/18/2014
**Case Name:**     Eduardo R. Africano
**Case Number:**     14-31858-RBR
**Document Number:** 36

**Docket Text:**
Order Granting Motion To Compromise Controversy (Re: # [28]) (Harper, Susan)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 01547375.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1068065210 [Date=12/18/2014] [FileNumber=34811502
-0] [8b51740203f15e5e2bf60f2c58095c94c415899477441b049094845b91b1ef2ed
7efb43bf314a8b82381d64a06cb028ba62e77496e924cc1f0878d93d2e67d2f]]

**14-31858-RBR Notice will be electronically mailed to:**

Jonathan H. Kline, Esq. on behalf of Attorney Jonathan H Kline
jonathan.kline@jklawfl.com, smtaylor@jklawfl.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Christian J. Olson, Esq. on behalf of Debtor Eduardo R. Africano
ecf@nowackolson.com, mjnmyecfmail@gmail.com;tabitha@nowackolson.com

Lawrence E Pecan on behalf of Trustee Kenneth A Welt
lpecan@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com

Kenneth A Welt
fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz

EXHIBIT 1

Mercedes-Benz Financial Services
USA LLC
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

Amex
P.O. Box 650448
Dallas, TX 75265-0448

Amex
P.o. Box 297871
Fort Lauderdale, FL 33329-7871

Bank of America
9000 Southside Blvd. Bldg.
Jacksonville, FL 32256-6705

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Barclays Bank Delaware
125 S. West St.
Wilmington, DE 19801-5014

BMW FINANCIAL SERVICES
CUSTOMER SERVICE CENTER
PO BOX 3608
DUBLIN OH 43016-0306

Cap One
P.O. Box 5253
Carol Stream, IL 60197-5253

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Citi
P.O. Box 6241
Sioux Falls, SD 57117-6241

CitiBank
P.O. Box 183173
Columbus, OH 43218-3173

Citicards
P.O. Box 6241
Sioux Falls, SD 57117-6241

Conns Credit Corp
3295 College St.
Beaumont, TX 77701-4611

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

Discover Fin Svcs LLC
P.O. Box 15316
Wilmington, DE 19850-5316

Everhome Mortgage Co
301 W. Bay St.
Jacksonville, FL 32202-5121

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Flagstar Bank
5151 Corporate Dr.
Troy, MI 48098-2639

Gdyr/Cbna
P.O. Box 6497
Sioux Falls, SD 57117-6497

Jared-Galleria Of Jwlr
375 Ghent Rd.
Fairlawn, OH 44333-4601

Lending Club Corp
71 Stevenson St. Suite 300
San Francisco, CA 94105-2985

Mb Fin Svcs
36455 Corporate Dr.
Farmington Hills, MI 48331-3552

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Savanna Maintenance Assoc.
c/o Castle Management
P.O. Box 559009
Fort Lauderdale, FL 33355-9009

Southwest Credit
4120 International Pkwy
Suite 1100
Carrollton, TX 75007-1958

SPRINGLEAF FINANCIAL
SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

Sunrise Credit Services, Inc.
c/o FIA Card Services
P.O. Box 9100
Farmingdale, NY 11735-9100

Syncb/Finger Furn
P.O. Box 965005
Orlando, FL 32896-5005

Syncb/Jcp
P.O. Box 965007
Orlando, FL 32896-5007

EXHIBIT 2

| | | |
|---|---|---|
| Target Nb<br>P.O. Box 673<br>Minneapolis, MN 55440-0673 | United Recovery Systems<br>5800 N Course Drive<br>Houston, TX 77072-1613 | Verison Wireless<br>455 Duke Drive<br>Franklin, TN 37067-2701 |
| Wells Fargo Bank Nv Na<br>P.O. Box 31557<br>Billings, MT 59107-1557 | WELLS FARGO BANK NA<br>WELLS FARGO HOME<br>MORTGAGE AMERICAS<br>SERVICING<br>ATTN BANKRUPTCY DEPT MAC | X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 |
| Zale/Cbna<br>P.O. Box 6497<br>Sioux Falls, SD 57117-6497 | Christian J. Olson Esq.<br>8551 Sunrise Blvd.<br>Suite 208<br>Plantation, FL 33322-4007 | Eduardo R. Africano<br>1175 Peregrine Way<br>Weston, FL 33327-2373 |
| Jonathan H Kline<br>2761 Executive Park Drive<br>Weston, FL 33331-3600 | Kenneth A Welt<br>1776 Pine Island Rd #101<br>Plantation, FL 33322-5200 | |