| Case No.: | 14-31858 | | | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|---|---|
| Case Name: | AFRICANO, EDUARDO R. | | | Date Filed (f) or Converted (c): | 09/30/2014 (f) |
| For the Period Ending: | 12/31/2014 | | | §341(a) Meeting Date: | 11/05/2014 |
| | | | | Claims Bar Date: | 01/14/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1175 Peregrine Way  Weston, FL 33327  Debtor's Homestead Residence  Acquired on 04/06/2006  Held as Tenants by the Entirety with Debtor's Non-filing Spouse  Valued by 3d party appraiser | $581,974.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | To be abandoned | | | | | |
| 2 | Nominal amount of cash for personal use. | $5.00 | $0.00 | | $0.00 | FA |
| 3 | Bank of America Checking Account  Account ending in: #-5031  Account held jointly with Non-Filing Spouse | $2,985.59 | $0.00 | | $0.00 | FA |
| 4 | Bank of America Savings Account  Account ending in: #-7559  Account held jointly with Non-Filing Spouse | $6,554.01 | $0.00 | | $0.00 | FA |
| 5 | Bank of America Money Market Savings Account  Account ending in: #-8806  Account held jointly with Non-Filing Spouse | $3,996.94 | $0.00 | | $0.00 | FA |
| 6 | Bank of America Money Market Savings Account  Account ending in: #-8819  Account held jointly with Non-Filing Spouse | $512.50 | $512.50 | | $0.00 | FA |
| 7 | Bank of America Savings Account  Account ending in: #-7287  Account held jointly with Non-Filing Spouse | $53.82 | $53.82 | | $0.00 | FA |

| Case No.: | 14-31858 | | | Trustee Name: | Kenneth A. Welt |
| Case Name: | AFRICANO, EDUARDO R. | | | Date Filed (f) or Converted (c): | 09/30/2014 (f) |
| For the Period Ending: | 12/31/2014 | | | §341(a) Meeting Date: | 11/05/2014 |
| | | | | Claims Bar Date: | 01/14/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 8 | Living Room: used sofa; used chairs; used recliner; used tables; used lamps; used television and television stand. Values estimated by Debtor based on age and condition. | $1,154.00 | $0.00 | | $0.00 | FA |
| 9 | Dining Room: used table and chairs. Values estimated by Debtor based on age and condition. | $430.00 | $0.00 | | $0.00 | FA |
| 10 | Kitchen: used appliances; used dishware; used cookware. Values estimated by Debtor based on age and condition. | $995.00 | $0.00 | | $0.00 | FA |
| 11 | Bedroom #1: used bed; used dresser; used nightstands; used wall unit; used desk. Values estimated by Debtor based on age and condition. | $875.00 | $0.00 | | $0.00 | FA |
| 12 | Bedroom #2: used bed; used dresser; used nightstands; used wall unit. Values estimated by Debtor based on age and condition. | $235.00 | $0.00 | | $0.00 | FA |
| 13 | Bedroom #3: used beds; used dressers; used nightstands; used wall unit. Values estimated by Debtor based on age and condition. | $310.00 | $0.00 | | $0.00 | FA |
| 14 | Bedroom #4: used bed; used dresser; used nightstands; used wall unit. Values estimated by Debtor based on age and condition. | $235.00 | $0.00 | | $0.00 | FA |
| 15 | Bedroom #5: used bed; used dresser; used nightstands; used wall units. Values estimated by Debtor based on age and condition. | $310.00 | $0.00 | | $0.00 | FA |

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 14-31858 | | | Trustee Name: | Kenneth A. Welt |
| Case Name: | AFRICANO, EDUARDO R. | | | Date Filed (f) or Converted (c): | 09/30/2014 (f) |
| For the Period Ending: | 12/31/2014 | | | §341(a) Meeting Date: | 11/05/2014 |
| | | | | Claims Bar Date: | 01/14/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16  Miscellaneous: used washer and dryer; used patio set; used computer; used desk and chair; used wall unit; used futon; used printer. Values estimated by Debtor based on age and condition. | $1,425.00 | $0.00 | | $0.00 | FA |
| 17  Used books or personal pictures. Values estimated by Debtor based on age and condition. | $250.00 | $0.00 | | $0.00 | FA |
| 18  Used clothing. Values estimated by Debtor based on age and condition. | $100.00 | $0.00 | | $0.00 | FA |
| 19  Gold chain; used watch; costume jewelry. Values estimated by Debtor based on age and condition. | $310.00 | $0.00 | | $0.00 | FA |
| 20  Fidelity Investments Retirement Account Valued as of June 2014 Statement | $95,342.53 | $0.00 | | $0.00 | FA |
| 21  2011 Mercedes Benz GL450 Approx. mileage: 38,000 VIN #: 4JGBF7BE1BA637352 Vehicle subject to a $39,938 PMSI Valued by 3d party appraiser | $38,400.00 | $0.00 | OA | $0.00 | FA |
| 22  Wells Fargo Accounts #0428 and #1647  (u) | $0.00 | $0.00 | | $62,682.12 | $0.00 |
| Asset Notes:  Bank accounts not listed on schedules.  Received funds from Wells Fargo frozen bank accounts in debtor's name. | | | | | |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Asset**

| | $736,453.39 | $566.32 | | $62,682.12 | $0.00 |

---

**Major Activities affecting case closing:**

02/01/2015    2004 exam of Citibank, NA scheduled for 2/13/15; claims review in progress. (LB)

11/04/2014    Debtor filed a motion to convert to Ch. 13.  Hired P. Russin as counsel for trustee. (LB)

10/13/2014    Received two checks from Wells Fargo closing bank accounts.(LB)

| Case No.: | 14-31858 | | | Trustee Name: | Kenneth A. Welt |
| Case Name: | AFRICANO, EDUARDO R. | | | Date Filed (f) or Converted (c): | 09/30/2014 (f) |
| For the Period Ending: | 12/31/2014 | | | §341(a) Meeting Date: | 11/05/2014 |
| | | | | Claims Bar Date: | 01/14/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):  08/31/2015      Current Projected Date Of Final Report (TFR):  08/31/2015

/s/ KENNETH A. WELT  
KENNETH A. WELT

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 14-31858 | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|
| Case Name: | AFRICANO, EDUARDO R. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | 61-6525148 | Checking Acct #: | 2505143185801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 09/30/2014 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 12/31/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/13/2014 | (22) | Wells Fargo | Wells Fargo check received from account ending in #0428 | 1129-000 | $50,000.83 | | $50,000.83 |
| 10/13/2014 | (22) | Wells Fargo | Wells Fargo check for account ending in #1647 | 1129-000 | $12,681.29 | | $62,682.12 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $65.25 | $62,616.87 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $91.26 | $62,525.61 |
| 12/23/2014 | 11001 | EDUARDO AFRICANO | ECF #39 dated 12/23/14 Order | 8100-002 | | $31,525.61 | $31,000.00 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $87.76 | $30,912.24 |
| | | | **TOTALS:** | | $62,682.12 | $31,769.88 | $30,912.24 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $62,682.12 | $31,769.88 | |
| | | | Less: Payments to debtors | | $0.00 | $31,525.61 | |
| | | | **Net** | | $62,682.12 | $244.27 | |

| For the period of 09/30/2014 to 12/31/2014 | | For the entire history of the account between 10/13/2014 to 12/31/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $62,682.12 | Total Compensable Receipts: | $62,682.12 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $62,682.12 | Total Comp/Non Comp Receipts: | $62,682.12 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $244.27 | Total Compensable Disbursements: | $244.27 |
| Total Non-Compensable Disbursements: | $31,525.61 | Total Non-Compensable Disbursements: | $31,525.61 |
| Total Comp/Non Comp Disbursements: | $31,769.88 | Total Comp/Non Comp Disbursements: | $31,769.88 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| Case No. | 14-31858 | Trustee Name: | Kenneth A. Welt |
| --- | --- | --- | --- |
| Case Name: | AFRICANO, EDUARDO R. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | 61-6525148 | Checking Acct #: | 2505143185801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 09/30/2014 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 12/31/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | $62,682.12 | $31,769.88 | $30,912.24 |

| For the period of 09/30/2014 to 12/31/2014 | | For the entire history of the account between 10/13/2014 to 12/31/2014 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $62,682.12 | Total Compensable Receipts: | $62,682.12 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $62,682.12 | Total Comp/Non Comp Receipts: | $62,682.12 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $244.27 | Total Compensable Disbursements: | $244.27 |
| Total Non-Compensable Disbursements: | $31,525.61 | Total Non-Compensable Disbursements: | $31,525.61 |
| Total Comp/Non Comp Disbursements: | $31,769.88 | Total Comp/Non Comp Disbursements: | $31,769.88 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ KENNETH A. WELT

KENNETH A. WELT